**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN  DIVISION**

**FIREMAN'S FUND INSURANCE COMPANY, ET AL.**                    **PLAINTIFFS**

**VS.**                    **CASE NO. 2:06CV00141 JMM**

**EVERGREENE PROPERTIES OF NORTH
CAROLINA, LLC**                    **DEFENDANT**

**ORDER**

Pending is Keith I. Billingsley's Motion to Admit Counsel *Pro Hac Vice* filed on behalf

of defendant which moves the Court pursuant to Federal Rule of Civil Procedure 83.5(d) to grant

admission of T. Paul Hendrick to appear on behalf of defendant in the above styled case.

Plaintiffs respond that prior to this motion, plaintiffs identified Mr. Hendrick as a

potential witness and to allow him to represent the defendant would make him an unavailable

witness.

The Court will defer ruling on the pending motion until after plaintiffs' deposition of Mr.

Hendrick on February 13, 2007.  The parties are directed file briefs on whether Mr. Hendrick is a

necessary witness for trial on, or before February 19, 2007.

IT IS SO ORDERED THIS   12   day of   February  , 2006.

_____
James M. Moody
United States District Court